**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-1088**

JOHN JOSEPH LAFFITEAU, MBA, MSA, MS in Economics,

            Plaintiff - Appellant,

     v.

MANAGEMENT AND LEGAL AGENTS FOR CAMELOT INN,

            Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Greenville.  Malcolm J. Howard, Senior District Judge.  (4:09-cv-00155-H)

Submitted:  June 1, 2010          Decided:  June 7, 2010

Before GREGORY, SHEDD, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

John Joseph Laffiteau, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John J. Laffiteau appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915(e)(2)(B) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Laffiteau v. Mgmt. & Legal Agents, No. 4:09-cv-00155-H (E.D.N.C. Dec. 11, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED